UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLAMMER, | : |
|     Plaintiff, | : Civil Action No. 05-5039 (WJM) |
| v. | : |
| COUNTY OF MORRIS, et al., | : ORDER ON INFORMAL APPLICATION |
|     Defendants, | : |

This matter having come before the Court by way of letter dated January 2, 2008, regarding the joint request to stay the proceedings for a sixty day period upon the selection of a mediator to attempt to resolve the case;

and this matter having been referred to the Undersigned to consider;

and the Undersigned noting that all discovery is completed with the exception of the deposition of Undersheriff Dempsey and that the parties would be prepared to promptly proceed to motion practice if the case is not resolved;

and the Undersigned determining that a stay as set forth herein may conserve resources;

and for good cause shown,

IT IS ON THIS 4th day of January, 2008

ORDERED that the request to stay is granted as set forth herein:

1. The parties shall provide the name of the mediator to the Undersigned no later than **January 18, 2008**;

2. The proceedings in this matter shall be stayed from January 18, 2008 through March 1, 2008;

    3.  If the case is not resolved by March 1, 2008, then the deposition of Undersherriff Dempsey shall be completed no later than **March 12, 2008**; and

    4.  Any requests for leave to file motions for summary judgment shall be submitted to Judge Martini no later than **March 12, 2008**.


                                            s/Patty Shwartz  
                                          UNITED STATES MAGISTRATE JUDGE